IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : | CIVIL ACTION NO. MDL 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATHANIEL CUMMINGS, et al. ) ) Plaintiffs, ) vs. ) ) THE BURLINGTON NORTHERN AND ) SANTA FE RAILWAY COMPANY, ) ) Defendant. ) ) | CIVIL ACTION NO. 07-CV-110-WDS **STIPULATION, MOTION AND ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL

This matter having come before the court pursuant to the foregoing stipulation and motion of the parties for an order of dismissal as to Robert Baughman, Ivan McKim, and Kenneth Munson only in the above-entitled action having been fully settled on its merits out of court to the satisfaction of the parties, and the court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-entitled action be and it hereby is dismissed with prejudice as to these plaintiffs only and without costs or attorneys' fees to any party.

DATED this 10th day of February, 2009.

s/WILLIAM D. STIEHL
District Court Judge

Presented by:

_____
Attorney for Defendant

_____
Attorney for Plaintiff